No. 470.   RICE ET AL. *v.* GREAT LAKES ELEVATOR CORP. ET AL.;

No. 471.   RICE ET AL. *v.* BOARD OF TRADE OF CHICAGO;

No. 472.   ILLINOIS COMMERCE COMMISSION ET AL. *v.* GREAT LAKES ELEVATOR CORP. ET AL.; and

No. 473.   ILLINOIS COMMERCE COMMISSION ET AL. *v.* BOARD OF TRADE OF CHICAGO.   October 21, 1946.   Petitions for writs of certiorari to the Circuit Court of Appeals

for the Seventh Circuit granted. *Lee A. Freeman* for Daniel F. Rice et al., petitioners in Nos. 470, 471, 472 and 473. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for the Illinois Commerce Commission et al., petitioners in Nos. 472 and 473. *Ferre C. Watkins, Floyd E. Thompson, Carl Meyer, Leo F. Tierney* and *Louis A. Kohn* for respondents in Nos. 470 and 472. *Weymouth Kirkland* and *Howard Ellis* for respondent in Nos. 471 and 473. Briefs were filed by *Frederick G. Hamley* and *John E. Benton* for the National Association of Railroad and Utilities Commissioners, as *amicus curiae,* in support of the petitions in Nos. 470 and 471, and by *Everett C. McKeage* and *H. F. Wiggins* for the Railroad Commission of California, as *amicus curiae,* in support of the petition in No. 470. Reported below: 156 F. 2d 33.